## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| HARRY ARMSTRONG, | : | Case No.: C-1-01-817 |
| Plaintiff, | : : | Judge Spiegel |
| | : | Mag. Judge Sherman |
| v. | : : | NOTICE OF MANUAL FILING |
| CINCINNATI BELL TELEPHONE, | : : | |
| Defendant. | : : | |

    Please take notice that Defendant, Cincinnati Bell Telephone, has manually filed under seal the following document:

    Deposition of Steven D. Haaser, taken on July 31, 2003.

    This document has not been filed electronically because the document is filed under seal pursuant to LR 79.3.

    All parties are able to obtain a copy of the deposition from the court reporter.

                                         Respectfully submitted,

                                         s/ Katherine C. Morgan
                                         Katherine Cook Morgan (0068184)
                                         David A. Skidmore, Jr. (0056045)
                                         FROST BROWN TODD LLC
                                         2200 PNC Center
                                         201 East Fifth Street
                                         Cincinnati, Ohio 45202-4182
                                         (513) 651-6800
                                         kmorgan@fbtlaw.com

                                         Trial Attorneys for Defendant
                                         Cincinnati Bell Telephone Company

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2003 a copy of the foregoing, Notice of Manual Filing, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

      Respectfully submitted,

s/ Katherine C. Morgan
Katherine Cook Morgan (0068184)
David A. Skidmore, Jr. (0056045)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
kmorgan@fbtlaw.com

Trial Attorneys for Defendant
Cincinnati Bell Telephone Company

CinLibrary/1330212.1