# EXHIBIT D

Referenced in this attached exhibit is the Affidavit of John Walker, which is a third-party affidavit and will be filed by the Clerk's office on the 30th day of September, 2003.