# EXHIBIT E

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF OHIO

 3                       WESTERN DIVISION

 4

 5   ------------------------------------

                                          :
 6   HARRY ARMSTRONG,
                                          :
 7          Plaintiff,
                                          :
 8       vs.                              :    CASE NO.
                                          :    C-1-01-817
 9   CINCINNATI BELL TELEPHONE,           :
                                          :
10          Defendant.                    :
                                          :
11   ------------------------------------

12

13

14        DEPOSITION OF:      LAWRENCE COTTON

15        TAKEN:              By the Plaintiff
                              Pursuant to Agreement
16        DATE:               July 28, 2003

17        TIME:               Commencing at 1:00 p.m.

18        PLACE:              Offices of Frost Brown Todd
                              2200 PNC Center
19                            201 East Fifth Street
                              Cincinnati, Ohio  45202
20
          BEFORE:             Nancy A. Burns
21                            Notary Public - State of Ohio

22

23

24
                                   ORIGINAL
25
```

1    A.    I just remember pushing him out and trying to

2  resolve the situation.

3    Q.    You pushed him out the door?

4    A.    Yes.

5          MS. MORGAN:   Just to be clear --

6    Q.    You pushed Mr. Armstrong?

7    A.    Yes.

8    Q.    You were holding him back or just escorting him

9  out of the room?

10   A.    I was trying to get him out the room.

11   Q.    And were you saying anything when you were

12 taking him out of the room?

13   A.    I don't remember.

14   Q.    Were you trying to calm him down?

15   A.    I was trying to resolve the situation before it

16 turned, you know, before it got any worse.

17   Q.    Did you grab him by the arms or did you have to

18 wrestle him and carry him out, did you have to use any force

19 to take him out of the room?

20   A.    Yeah.  I pushed him by the arms.

21   Q.    So you took him by the arms and just took him

22 out?

23   A.    Well, I'm pretty strong so, you know, I'm just

24 strong, and I just pushed him out, it wasn't too hard for me

25 to get him out.

1          MR. DEARDORFF:    I have no other questions.

2

3                                     
                               LAWRENCE  COTTON

4                              - - -

5          DEPOSITION CONCLUDED AT 1:30 p.m.

6                              - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                        ORIGINAL

25

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**

```
1          MR. DEARDORFF:  I have no other questions.

2

3                        _____
                         LAWRENCE COTTON
4
                              - - -
5
            DEPOSITION CONCLUDED AT 1:30 p.m.
6
                              - - -
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                        ORIGINAL

25
```

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**

```
 1                    C E R T I F I C A T E

 2   STATE OF OHIO          :
                            : SS
 3   COUNTY OF HAMILTON     :

 4          I, Nancy A. Burns, the undersigned, a duly

 5   qualified and commissioned notary public within and for the

 6   State of Ohio, do hereby certify that before the giving of

 7   his aforesaid deposition, LAWRENCE COTTON was by me first

 8   duly sworn to depose the truth, the whole truth and nothing

 9   but the truth; that the foregoing is the deposition given at

10   said time and place by LAWRENCE COTTON; that said deposition

11   was taken in all respects pursuant to stipulations of

12   counsel hereinbefore set forth; that I am neither a relative

13   of nor employee of any of their counsel, and have no

14   interest whatever in the result of the action.

15          IN WITNESS WHEREOF, I hereunto set my hand and

16   official seal of office at Cincinnati, Ohio, this  23rd  day

17   of    September    , 2003.

18

19

20

21
                                    _____
22   My commission expires:         Nancy A. Burns
     July 20, 2004.                 Notary Public - State of Ohio
23

24

25                              ORIGINAL
```

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**