# EXHIBIT F

Referenced in this attached exhibit are the pages 12 and 13 of the deposition of Steven D. Haaser which was filed manually with the Court under seal on September 30, 2003.