# EXHIBIT G

ARM 000001

Paul Bouldin
~ul Field.
~RENCE Cotton
~ay Bauer
~rry Armstrong
~hnny Walker

This all started some time around 6 p.m.. I walked into the office ~ in the middle of a discussion about Tim Day, shortly thereafter the topic turned to politics and the ballot form from Palm Beach County. Now the ~ conversation had just begun when Harry said the two candidates were neck and neck in every ~ state accross the country. I said in response that his ~statement~ was irelevant and that's when all of the threats, (violant threats) began. Harry started to approach me throwing off his ball cap + jacket. Laurence grabbed Harry to help in breaking up the situation, Harry ~persist~ persisted for several more minutes threatening myself and even Tim Day at one point. There just seemed to never be an end ~ I just can't put into words how violent and enraged he was. I just can't. I ~ felt and feel for my wellbeing.

At one point I tried to explain the situation only to be cut off in threats again. He accused me of thinking he was ignorant, irrelevant, and even a nigger. At that point I told him that I didn't wish to talk about any longer and that it would be dealt with in the morning ~and he continued the threats + profane language. (I truely can't stress it enough how violent he was) (over

I tried to fill out my timesheet and he just kept on. That's when I left and went home.

*Johnny Walker*

ARM 000002

ALL OF US ~~~~~~~I WERE TALKING ABOUT THE ELECTIONS RESULTS IN FLORIDA. I WE WERE TALKING ABOUT THE CONFUSING BALLOTS & HOW THE TROUBLE WAS IN FLORIDA WHERE JEB BUSH WAS GOVERNOR. HARRY ARMSTRONG SAID SOMETHING TO ALL OF US OR MAYBE TO JOHN I'M NOT SURE BECAUSE I DID NOT HEAR IT. (I WAS FACING JOHN AT THE TIME) JOHN SAID THAT IT WAS IRREVELENT & WAVED HIS ARM. AT THIS POINT IN TIME HARRY CAME OUT OF HIS CHAIR & THREATENED TO KICK JOHNS ASS ALL OVER THIS BUILDING & PARKING LOT. HARRY THREATENED JOHN 4 OR 5 TIMES TELLING HIM REPEATEDLY HE WOULD KICK HIS MOTHER-FUCKING ASS. HARRY TOLD JOHN HE WAS NOT SOME N----- THAT JOHN DID NOT KNOW WHAT IT WAS LIKE TO GO THROUGH THE SAME THINGS HARRY HAD GONE THROUGH

JOHN DID NOT THREATEN HARRY IN ANY WAY. HE STAYED AT THE TABLE CLOSED OUT HIS JOB & WHEN HARRY SAT DOWN & JOHN HAD AN OPPORTUNITY TO LEAVE HE LEFT.

*Roy Brown*

ARM 000003

Harry, Johnny, Ray, and myself
were talking about the election. When Harry
was making a comment about why we didn't
have a president yet. When Johnny ~~made~~
~~to~~ waved him off like he didn't know what
he was talking about. And Harry got offended
and ~~cursed~~ cursed him out.

Lawrence Potter

ARM 000004