**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HARRY ARMSTRONG, | : | Case No.: C-1-01-817 |
| | : | |
| Plaintiff, | : | Judge Spiegel |
| | : | Mag. Judge Sherman |
| | : | |
| v. | : | NOTICE OF MANUAL FILING |
| | : | |
| CINCINNATI BELL TELEPHONE, | : | |
| | : | |
| Defendant. | : | |

Please take notice that Defendant, Cincinnati Bell Telephone, has manually filed the following document:

Affidavit of John Walker.

This document has not been filed electronically because the document is being filed manually pursuant to LR 7.2(f).

Respectfully submitted,

s/ Katherine C. Morgan
Katherine Cook Morgan (0068184)
David A. Skidmore, Jr. (0056045)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800
kmorgan@fbtlaw.com

Trial Attorneys for Defendant
Cincinnati Bell Telephone Company

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2003 a copy of the foregoing, Notice of Manual Filing, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

      Respectfully submitted,

      s/ Katherine C. Morgan
      Katherine Cook Morgan (0068184)
      David A. Skidmore, Jr. (0056045)
      FROST BROWN TODD LLC
      2200 PNC Center
      201 East Fifth Street
      Cincinnati, Ohio 45202-4182
      (513) 651-6800
      kmorgan@fbtlaw.com

      Trial Attorneys for Defendant
      Cincinnati Bell Telephone Company

CinLibrary/1330212.1