UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HARRY ARMSTRONG, | : | Case No.: C-1-01-817 |
| Plaintiff, | : | Judge Spiegel |
| | : | Mag. Judge Sherman |
| v. | : | **AFFIDAVIT OF JOHN WALKER** |
| CINCINNATI BELL TELEPHONE, | : | |
| Defendant. | : | |

STATE OF OHIO       )
                    ) SS:
COUNTY OF HAMILTON  )

I, John Walker, being duly sworn, hereby attest and swear as follows:

1. I am a Repair Splicer for Cincinnati Bell Telephone ("Cincinnati Bell" or "the Company"). I have worked for Cincinnati Bell since approximately September of 1996.

2. In November of 2000, I was working as a Repair Splicer assigned to the Company's Northside garage. Harry Armstrong ("Armstrong") and I were on the same crew.

3. On November 8, 2000, Armstrong threatened me at work. He threatened several times to kick my "motherfucking ass" all over the parking lot. He screamed other profanities at me as well.

4. While Armstrong was screaming at me and making his threats, I stayed seated and did not raise my voice, use profanity, or threaten him.

5. Armstrong's threats made me very afraid for my personal safety. I called my supervisor at home and told him I was afraid to come to work the next day if Armstrong was going to be there.

6. To this day, I am still very afraid of Armstrong. I was afraid to be in the same room with him when his attorney requested to take my deposition in this case.

7. This affidavit is based on my own first-hand knowledge and is true and accurate to the best of my knowledge and belief. I have had adequate opportunity to review this affidavit and to make any changes or corrections I feel are appropriate.

8.  I have been advised that I am not required to sign this affidavit. I sign this statement voluntarily.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Walker

Sworn to and subscribed before me this  25th  day of September 2003.

_____
Notary Public

CinLibrary/1328543.1

ANDREW ROY KAAKE
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

2