**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| HARRY ARMSTRONG | : | Case No. C-1-01-817 |
| Plaintiff | : | (Spiegel, J.; Sherman, M.J.) |
| v. | : | **AGREED MOTION FOR EXTENSION OF TIME FOR** |
| CINCINNATI BELL TELEPHONE | : | **PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR** |
| Defendant | : | **SUMMARY JUDGMENT** |

Now come the parties and move the Court for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment. Said Motion is filed pursuant to Local Rule 6.1(b) and with the consent of Defendant's counsel.

Due to the illness of Plaintiff's counsel's father who was hospitalized on October 1, 2003 and now is in a critical care nursing home, Plaintiff's counsel has been unable to allocate the necessary time to, not only respond to this matter, but other matters in which he represents various parties. Plaintiff's counsel's father is eighty-nine (89) years old and is seriously ill. Plaintiff's counsel is the guardian/durable power of attorney for health care purposes for his father and has been called to the hospital numerous times in the past twenty (20) days. Plaintiff's counsel believes that his father may expire at any time and, therefore, has requested from Defendant's counsel an extension until January 2, 2004.

**WHEREFORE**, the parties respectfully request an extension of time for Plaintiff to respond to the Defendant's Motion for Summary Judgment.

Respectfully Submitted,

s/ Timothy J. Deardorff
Timothy J. Deardorff   (0006308)

Attorney for Plaintiff
2645 Erie Avenue, Suite 41
Cincinnati, Ohio  45208
(513) 872-7900
E-Mail:  tjdorff@aol.com


s/  David A. Skidmore, Jr.
David A. Skidmore, Jr.   (0056045)
Attorney for Defendant
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio  45202
(513) 651-6800
E-Mail:  dskidmore@fbtlaw.com