**United States District Court**
**Southern District of Ohio**
**Western Division**

FILED
KENNETH J. MURPHY
CLERK

03 OCT 28 AM 11:56

T COURT
DIST OHIO
WEST DIV CINCINNATI

Harry Armstrong,
    Plaintiff

vs.

Cincinnati Bell Telephone,
    Defendant

No. C-1-817

Spiegel, J.

**ORDER**

On October 23, 2003, the parties filed an Agreed Motion for Extension of Time for Plaintiff to Respond to Motion for Summary Judgment. That motion is GRANTED and Plaintiff's time is extended to January 2, 2004 to respond to the summary judgment motion.

Susan M. Novotny
United States Magistrate Judge

1