UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HARRY ARMSTRONG,                  :        NO: 1:01-CV-00817

        Plaintiff,                :

    vs.                           :        O R D E R

CINCINNATI BELL TELEPHONE,        :

        Defendant.                :


The Court having been advised by the parties that the above action has been

settled;

It is ORDERED that this action is hereby dismissed with prejudice, provided that

any of the parties may, upon good cause shown, within sixty days, reopen the action if

settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its

enforcement.

SO ORDERED.


Dated: January 22, 2004                    s/S. Arthur Spiegel
                                           S. Arthur Spiegel
                                           United States Senior District Judge