```
            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

Harry Armstrong,                    :

       Plaintiff,

                                :

   v.
                                  Case No.: 1:01-cv-00817

Cincinnati Bell Telephone,          :

       Defendant,                  **NOTICE**

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case, filed by counsel for Defendant. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.

                                  S. Arthur Spiegel
                                  United States Senior District Judge

                                By: <u>s/Kevin Moser</u>
                                    Kevin Moser
                                    Case Manager
                                    (513) 564-7620